UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREN LEE SMITH,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DSHS BOARD OF APPEALS,<br><br>　　　　　　　Defendants. | Case No. C20-5914 RSL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915(a)(1) because plaintiff does not appear to have the funds available to afford the $400.00 Court filing fee. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

Dated this 20th day of October, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1