UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREN SMITH,

        Plaintiff,

   v.

DSHS BOARD OF APPEALS, *et al.*,

        Defendants.

Cause No. C20-5914RSL

ORDER DENYING MOTION FOR RECONSIDERATION

     This matter comes before the Court on plaintiff's motion for reconsideration and entry of default. Dkt. # 14. The fact that defendants have appeared in the above-captioned matter does not show that they were served in accordance with the procedures set forth in Fed. R. Civ. P. 4. They have expressly preserved their objections to sufficiency of process and the exercise of jurisdiction over them. Plaintiff has not shown that service of process was proper and is therefore not entitled to the entry of default. The motion for reconsideration is DENIED.

     Dated this 15th day of March, 2021.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 1