# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARREN LEE SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>DSHS BOARD OF APPEALS, *et al.*,<br><br>    Defendants. | Cause No. C20-5914RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on plaintiff's motion to dismiss. Defendants, who filed their answer on March 15 2021, consent to the dismissal for purposes of Fed. R. Civ. P. 41(a)(1). The motion is therefore GRANTED, and the above-captioned matter is DISMISSED.

Dated this 29th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 1